**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-1972**

―――――――――――

LORENZO RICHARDSON,

Plaintiff - Appellant,

v.

RAUL LOPEZ; JOHN DOE 1; JOHN DOE 2,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-cv-00413-BO)

―――――――――――

Submitted:  February 16, 2023                    Decided:  February 21, 2023

―――――――――――

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Lorenzo Dominic Richardson, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Richardson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) for lack of jurisdiction.   We have reviewed the record and find no reversible error. Accordingly, we affirm.   *Richardson v. Lopez*, No. 5:21-cv-00413-BO (E.D.N.C. Aug. 15, 2022).  We deny Richardson's motion to expedite as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*